FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY -6 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>vs.<br>JOHNNY E. JOHNSON,<br>　　　　　　Defendant. | Case No.: SACR10-188 JST<br><br>ORDER OF DETENTION |

**I.**

A.　( )　On motion of the Government in a case allegedly involving:

　1.　( )　a crime of violence.

　2.　( )　an offense with maximum sentence of life imprisonment or death.

　3.　( )　a narcotics or controlled substance offense with maximum sentence of ten or more years.

　4.　( )　any felony - where defendant convicted of two or more prior offenses described above.

　5.　( )　any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

| | | | | |
|---|---|---|---|---|
| B. | (X) | On motion by the Government/( ) on Court's own motion, in a case allegedly involving: | | |
| | (X) | On the further allegation by the Government of: | | |
| | | 1. | (X) | a serious risk that the defendant will flee. |
| | | 2. | ( ) | a serious risk that the defendant will: |
| | | | a. ( ) | obstruct or attempt to obstruct justice. |
| | | | b. ( ) | threaten, injure or intimidate a prospective witness or juror, or attempt to do so. |
| C. | The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community. | | | |

## II.

| | | | | |
|---|---|---|---|---|
| A. | (X) | The Court finds that no condition or combination of conditions will reasonably assure: | | |
| | | 1. | (X) | the appearance of the defendant as required. |
| | | | ( ) | and/or |
| | | 2. | ( ) | the safety of any person or the community. |
| B. | ( ) | The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute. | | |

## III.

The Court has considered:

| | | |
|---|---|---|
| A. | (X) | the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; |
| B. | (X) | the weight of evidence against the defendant; |

1  C.   (X)   the history and characteristics of the defendant; and
2  D.   (X)   the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.   (X)   As to flight risk: Defendant's lack of adequate bail resources, unemployed status, lack of strong ties to the local community, and lengthy history of living abroad in numerous foreign countries.

B.   ( )   As to danger:

## VI.

A.   ( )   The Court finds that a serious risk exists the defendant will:
   1.   ( )   obstruct or attempt to obstruct justice.
   2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.   The Court bases the foregoing finding(s) on the following:

_____
_____
_____

## VI.

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to trial.
B.   IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

1 extent practicable, from persons awaiting or serving sentences or being held in
2 custody pending appeal.
3 C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
4 opportunity for private consultation with counsel.
5 D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
6 request of any attorney for the Government, the person in charge of the
7 corrections facility in which defendant is confined deliver the defendant to a
8 United States marshal for the purpose of an appearance in connection with a
9 court proceeding.

Dated: May 6, 2013

          /s/  Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE